UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>        Plaintiff,<br><br>   v.<br><br>UNION BANK, et al.,<br><br>        Defendants. | No. 2:18-cv-0681 JAM AC<br><br><br><br>ORDER |

     Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

     Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff received money from "[d]isability, or worker's compensation payments" during the past 12 months. ECF No. 2 at 1 ¶ 3(d). However, plaintiff fails to disclose "the amount that you received and what you expect to receive in the future." See Id. at 1. Plaintiff also fails to disclose whether in the past 12 months, she has received other income from "business, profession, or other self-employment," "rent payments, interests, or dividends," "pension, annuity, or life insurance payments," "gifts or inheritances," or "any other sources." Id. at 1 ¶3(a)-(c), (e)-(f).

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: April 17, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE