UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNION BANK, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0681 JAM AC PS<br><br><br>ORDER |

The court is in receipt of plaintiff's "request to proceed IFP." ECF No. 4. However, the request is not on the proper form and does not include all information necessary to a determination of indigence under 28 U.S.C. § 1915(a)(1). Accordingly, the request will be denied without prejudice. Plaintiff must submit a renewed in forma pauperis ("IFP") application on the standard court form, with all sections completed and all requested information provided, or pay the filing fee, by the deadline previously set in the court's April 17, 2018 order. See ECF No. 3.

The Clerk of the Court is directed to provide plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

DATED: April 25, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE