UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION BANK, et al.,<br><br>    Defendants. | No. 2:18-cv-0681 JAM AC PS<br><br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has filed a complaint and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). In her complaint, plaintiff alleges that defendants committed fraud, conspiracy, obstruction of justice, RICO, identify theft, money laundering, and theft violations against her. See generally, ECF No. 1. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the

////

////

1

1 | court. Therefore, this action will be transferred to the Fresno Division of the court. In light of
2 | 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
3 | forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: May 30, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE